# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DISTRICT

| | |
|---|---|
| **James Ferguson, et al.,** | * |
| Plaintiff, | * |
| v. | * CV-10-00281-KD-N |
| **BP, PLC, et al.,** | * |
| Defendants. | * |

## MOTION OF DEFENDANT CAMERON INTERNATIONAL CORPORATION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the Oil Pollution Act of 1990, 33 U.S.C. § 2701 et seq. ("OPA"), Defendant Cameron International Corporation ("Cameron") moves for an order dismissing the Class Action Complaint in this case (hereinafter the "Complaint") for failure to state a claim upon which relief can be granted against Cameron, for two independent reasons. See Compl.; [Doc. 1.] First, the claims asserted against Cameron in the Complaint should be dismissed without prejudice because they are not permitted by the comprehensive and exclusive claims payment system established by the OPA. Second, the claims asserted against Cameron in the Complaint should be dismissed with prejudice because the allegations of the Complaint fail to state a claim upon which relief may be granted against Cameron under the pleading requirements established by the Supreme Court in *Bell Atlantic Corp. v. Twombley*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009).

The grounds for this motion are set out in detail in the accompanying supporting brief.

WHEREFORE, Defendant Cameron International Corporation respectfully prays for an order dismissing the Complaint in this action.

Respectfully submitted,

David J. Beck (*pro hac vice*)
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone:   (713) 951-3700
Facsimile:   (713) 951-3720
dbeck@brsfirm.com

Randal H. Sellers (SELLR3398)
M. Warren Butler (BUTLM3190)
Bryan G. Hale (HALEB6964)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
Telephone:   (205) 868-6000
Facsimile:   (205) 868-6099
rhs@starneslaw.com
mwb@starneslaw.com
bgh@starneslaw.com

/s/   *A. Danner Frazer, Jr.*
A. Danner Frazer, Jr. (FRAZA9809)
Ross A. Frazer (FRAZR7422)
Robert J. Mullican (MULLR1788)
FRAZER, GREENE, UPCHURCH
   & BAKER, L.L.C.
107 St. Francis Street, Suite 2206
Mobile, Alabama 36602
Telephone:   (251) 431-6020
Facsimile:   (251) 431-6030
adf@frazergreene.com
raf@frazergreene.com
rjm@frazergreene.com

*Attorneys for Cameron International Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on <u>July 2, 2010</u> electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System which will automatically serve the same via electronic mail or by placing same in the United States mail, properly addressed, first class postage prepaid to the following:

M. Stephen Dampier, Esquire
LAW OFFICES OF M. STEPHEN
DAMPIER, P.C.
55 North Section Street
Fairhope, Alabama 36532

Richard R. Barrett, Esquire
LAW OFFICES OF RICHARD R. BARRETT
Post Office Box 339
Lexington, Mississippi 39095

Don Barrett, Esquire
David McMullan, Esquire
Brian Herrington, Esquire
DON BARRETT, PA
Post Office Box 987
Lexington, Mississippi 39095

Zach Butterworth, Esquire
Gary Yarborough, Jr., Esquire
HESSE & BUTTERWORTH, PLLC
841 Highway 90
Bay St. Louis, Mississippi 39520

Larry D. Moffett, Esquire
DANIEL COKER HORTON & BELL
Post Office Box 1396
Oxford, Mississippi 38655

Randall A. Smith, Esquire
Zach Butterworth, Esquire
J. Geoffrey Ormsby, Esquire
Hiawatha Northington, II, Esquire
SMITH & FAER, LLC
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170

Dawn M. Barrios, Esquire
Bruce S. Kingsdorf, Esquire
Zachary L. Wool, Esquire
BARRIOS, KINGSDORF & CASTIEX, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139

Elizabeth A. Alexander, Esquire
LIEFF, CABRASER, HEIMANN &
BERSTEIN
150 Fourth Avenue North, Suite 1650
Nashville, Tennessee 37219

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, California 94111

Edward C. Taylor, Esquire
Brenda G. Long, Esquire
DANIEL COKER HORTON & BELL
Post Office Box 416
Gulfport, Mississippi 39502

Dewitt M. "Sparky" Lovelace, Esquire
Alex Peet, Esquire
LOVELACE LAW FIRM, PA
12870 U.S. Highway 98 West, Suite 200
Miramar Beach, Florida 32550

Charles Barrett, Esquire
BARRETT & ASSOCIATES, PA
6518 Highway 100, Suite 210
Nashville, Tennessee 37205

*Attorneys for Plaintiffs*

William H. Brooks, Esquire
John M. Johnson, Esquire
Adam K. Peck, Esquire
Marchello Dewaun Gray, Esquire
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 North 20th Street
Birmingham, Alabama 35203

James Andrew Langan, Esquire *Pro Hac Vice*
John T. Hickey, Esquire *Pro Hac Vice*
Richard C. Godfrey, Esquire *Pro Hac Vice*
KIRKLAND & ELLIS, LLP
300 N. LaSalle
Chicago, Illinois 60654

*Attorneys for BP America, Inc. and BP Products North America, Inc, BP Company North America, Inc., BP Corporation North America, Inc.*

James J. Dragna, Esquire
BINGHAM McCUTCHEN
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106

Ky E. Kirby, Esquire
Michael B. Wigmore, Esquire
Warren Anthony Fitch, Esquire
BINGHAM McCUTCHEN
2020 K Street, NW
Washington, DC 20006-1806

Joel M. Kuehnert, Esquire
Sid J. Trant, Esquire
Reed Thomas Warburton
BRADLEY ARANT BOULT CUMMINGS, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

*Attorneys for Anadarko Petroleum Corporation and Moex Offshore 2007, LLC*

Blane H. Crutchfield, Esquire
Douglas L. McCoy, Esquire
HAND ARENDALL, LLC
Post Office Box 123
Mobile, Alabama 36601

*Attorneys for Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc.*

John N. Leach, Jr., Esquire
Joseph P. H. Babington, Esquire
Russell C. Buffkin, Esquire
HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, Alabama 36652

Bruce W. Bowman, Jr., Esquire
Donald E. Godwin, Esquire
Jenny L. Martinez, Esquire
Floyd R. Hartley, Jr., Esquire
Gavin Eugene Hill, Esquire
GODWIN RONQUILLO PC
1201 Elm Street, Suite 1700
Dallas, Texas 75270

Robert Alan York, Esquire
GODWIN RONQUILLO PC
1331 Lamar, Suite 1665
4 Houston Center
Houston, Texas 77010

*Attorneys for Halliburton Energy Services, Inc.*

Thomas M. Galloway, Jr., Esquire
GALLOWAY, ETTERMARK, EVEREST, RUTENS & GAILLARD, LLP
3263 Cottage Hill Road
Mobile, Alabama 36606

*Attorney for M-I, LLC*

s/ A. Danner Frazer, Jr.