# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| FERGUSON, *et. al.,* )<br><br>*Plaintiffs,* )<br><br>v. )<br><br>BP, PLC., *et. al.,* )<br><br>*Defendants.* )<br> ) | Case No. cv-10-00281-KD-N<br><br><u>Oral Argument Requested</u> |

**MOTION OF DEFENDANTS ANADARKO PETROLEUM
CORPORATION AND MOEX OFFSHORE 2007 LLC
<u>TO DISMISS COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6)</u>**

Defendants, Anadarko Petroleum Corporation ("APC") and MOEX Offshore 2007 LLC ("MOEX"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons more fully stated in the memorandum in support filed contemporaneously herewith, move the Court to enter an Order dismissing all claims asserted against APC and MOEX in the Complaint on the grounds that all of the counts alleged against APC and MOEX fail to state a claim upon which relief can be granted.

WHEREFORE, APC and MOEX respectfully request that the Court enter an Order dismissing each and every count and claim in Plaintiffs' Complaint alleged against APC and MOEX.

Respectfully submitted,


/s/ Sid J. Trant_____
Sid J. Trant
(strant@babc.com)

One of the Attorneys for
Defendant Anadarko Petroleum Corp.
and MOEX Offshore 2007 LLC

OF COUNSEL

Joel M. Kuehnert
(jkuehnert@babc.com)
R. Thomas Warburton
(twarburton@babc.com)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

James J. Dragna
(Jim.Dragna@bingham.com)
BINGHAM MCCUTCHEN
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
(Ky.Kirby@bingham.com)
Michael B. Wigmore
(Michael.Wigmore@bingham.com)
Warren Anthony Fitch
(Tony.Fitch@bingham.com)
BINGHAM MCCUTCHEN
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001


## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.


/s/ Sid J. Trant
OF COUNSEL