IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES and CONSTANCE FERGUSON on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BP, PLC, BP AMERICA, INC.; BP )<br>CORPORATION NORTH AMERICA, )<br>INC.; BP COMPANY NORTH AMERICA, )<br>INC.; BP EXPLORATION & )<br>PRODUCTION, INC.; BP PRODUCTS )<br>NORTH AMERICA, INC.; ANADARKO )<br>PETROLEUM CORP.; MOEX OFFSHORE )<br>2007, LLC; TRANSOCEAN LTD.; )<br>TRANSOCEAN, INC.; TRANSOCEAN )<br>OFFSHORE DEEPWATER DRILLING, )<br>INC.; TRANSOCEAN DEEPWATER, )<br>INC.; HALLIBURTON ENERGY )<br>SERVICES, INC.; CAMERON )<br>INTERNATIONAL f/k/a COOPER )<br>CAMERON CORPORATION; AND M-I, )<br>LLC, Defendants. ) | CASE NO.: 1:10-CV-00281-KD-N |

## **MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) BP America Inc., BP Corporation North America Inc., BP Company North America Inc., BP Exploration and Production Inc., and BP Products North America Inc. (collectively "BP Defendants") hereby move the Court to dismiss the Complaint and each and every count and claim therein alleged against the BP Defendants. As grounds for this motion, the BP Defendants state:

1. The Oil Pollution Act of 1990 (OPA), 33 U.S.C. §2701, *et. seq.* displaces Plaintiffs' negligence, wantonness, nuisance, and strict liability claims.

2. Absent from Plaintiffs' Complaint is any allegation that they have submitted their claims to BP through the OPA-mandated claims process that BP is carrying out, which is a mandatory condition precedent under the OPA to filing a lawsuit against BP for recovery of damages related to the oil spill. 33 U.S.C. § 2713(a), (c).

3. Even if OPA had not displaced Plaintiffs' claims, they would still be barred by the economic loss rule of *Robins Dry Dock & Repair Co. v. Flint*, 275 U.S. 303, 309 (1927), or Louisiana state law principles, *see PPG Indus., Inc. v. Bean Dredging*, 447 So. 2d 1058, 1062 (La. 1984), made part of the federal law governing the Outer Continental Shelf.

4. In accordance with Local Rule 7.1, the BP Defendants submit a separate Memorandum of Law in support of this motion, which is adopted and incorporated by reference as part of this motion.

**WHEREFORE**, the BP Defendants respectfully request that the Court enter an order dismissing Plaintiffs' complaint and each and every count and claim therein alleged against the BP Defendants.

 

*s/ Marchello D. Gray*
John M. Johnson (JOHNJ7318)
William H. Brooks (BROOW3330)
Marchello D. Gray (GRAYM6384)
Attorneys for Defendants
BP America Inc., BP Products North America Inc., BP Company North America Inc., BP Corporation North America Inc. and BP Exploration & Production Inc.

OF COUNSEL:

**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 North 20th Street
Birmingham, Alabama 35203
Tel: (205) 581-0700
Fax: (205) 581-0799
JJohnson@lightfootlaw.com
WBrooks@lightfootlaw.com
MGray@lightfootlaw.com

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
**KIRKLAND & ELLIS, LLP**
300 North Lasalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
RGodfrey@kirkland.com
JHickey@kirkland.com
ALangan@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to counsel of record for all parties

*s/ Marchello D. Gray*
Of Counsel