IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES and CONSTANCE FERGUSON, et al., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BP, PLC, et al., )<br><br>Defendants. ) | Civil Action No. 1:10-cv-00281-KD-N |

**HALLIBURTON ENERGY SERVICES, INC.'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR MORE DEFINITE STATEMENT**

Defendant, Halliburton Energy Services, Inc. ("HESI"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons more fully stated in the memorandum in support filed contemporaneously herewith, moves the Court to enter an order dismissing all claims asserted against HESI in the Class Action Complaint ("Complaint") on the grounds that the Court lacks subject matter jurisdiction over this case and that some or all of the counts alleged against HESI fail to state a claim upon which relief can be granted.

In the alternative, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure and for the reasons more fully stated in the memorandum in support filed contemporaneously herewith, HESI moves the Court to enter an order requiring Plaintiffs to state the claims alleged against HESI in a more definite and less vague and ambiguous manner, within fourteen (14) days of entry of the order. The Complaint fails to aver with sufficient particularity any factual statements demonstrating Plaintiffs' plausible entitlement to relief, including but not limited to, any facts showing that HESI violated any duty to Plaintiffs, that any HESI wrongdoing

proximately caused Plaintiffs' alleged damages, and the specific damages HESI allegedly caused.

Respectfully submitted this 2nd day of August, 2010.

**GODWIN RONQUILLO PC**

DONALD E. GODWIN (GODWD5022) *(pro hac vice)*
Email  dgodwin@godwinronquillo.com
BRUCE W. BOWMAN, JR. *(pro hac vice)*
Email  bbowman@godwinronquillo.com
JENNY L. MARTINEZ *(pro hac vice)*
Email  jmartinez@godwinronquillo.com
FLOYD R. HARTLEY, JR. *(pro hac vice)*
Email  fhartley@godwinronquillo.com
GAVIN E. HILL *(pro hac vice)*
Email  ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. ALAN YORK *(pro hac vice)*
Email  ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

and

**s/ Joseph P. H. Babington**
JOHN N. LEACH  (LEACJ2634)
Email  jnl@helmsinglaw.com
JOSEPH P. H. BABINGTON  (BABIJ7938)
Email  jpb@helmsinglaw.com
RUSSELL C. BUFFKIN  (BUFFR6510)
Email  rcb@helmsinglaw.com
**HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.**
Post Office Box 2767
Mobile AL 36652
Telephone:  251.432.5521
Facsimile:  251.432.0633

**ATTORNEYS FOR DEFENDANT,
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of August, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

M. Stephen Dampier, Esquire
LAW OFFICES OF M. STEPHEN DAMPIER
55 North Section Street
Fairhope, AL 36532
*Counsel for Plaintiffs*

Richard R. Barrett, Esquire
LAW OFFICES OF RICHARD R. BARRETT
Post Office Box 339
Lexington, MS 39095
*Counsel for Plaintiffs*

Larry D. Moffett, Esquire
DANIEL COKER HORTON & BELL
Post Office Box 1396
Oxford, MS 38655
*Counsel for Plaintiffs*

Dewitt M. "Sparky" Lovelace, Esquire
Alex Peet, Esquire
LOVELACE LAW FIRM, PA
12870 U.S. Highway 98 West, Suite 200
Miramar Beach, FL 32550
*Counsel for Plaintiffs*

Dawn M. Barrios, Esquire
Bruce S. Kingsdorf, Esquire
Zachary L. Wool, Esquire
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
*Counsel for Plaintiffs*

Don Barrett, Esquire
David McMullan, Esquire
Brian Herrington, Esquire
DON BARRETT, PA
Post Office Box 987
Lexington, MS 39095
*Counsel for Plaintiffs*

Zach Butterworth, Esquire
Gary Yarborough, Jr., Esquire
HESSE & BUTTERWORTH, PLLC
841 Highway 90
Bay St. Louis, MS 39520
*Counsel for Plaintiffs*

Edward C. Taylor, Esquire
Brenda G. Long, Esquire
DANIEL COKER HORTON & BELL
Post Office Box 416
Gulfport, MS 39502
*Counsel for Plaintiffs*

Randall A. Smith, Esquire
Zach Butterworth, Esquire
J. Geoffrey Ormsby, Esquire
Hiawatha Northington, II, Esquire
SMITH & FAER, LLC
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
*Counsel for Plaintiffs*

Charles Barrett, Esquire
BARRETT & ASSOCIATES, PA
6518 Highway 100, Suite 210
Nashville, TN 37205
*Counsel for Plaintiffs*

257551

4

| | |
|---|---|
| Elizabeth A. Alexander, Esquire<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN<br>150 Fourth Avenue N, Suite 1650<br>Nashville, TN 37219<br>***Counsel for Plaintiffs*** | Steven E. Fineman, Esquire<br>Wendy R. Fleishman, Esquire<br>Annika K. Martin, Esquire<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>***Counsel for Plaintiffs*** |
| Elizabeth J. Cabraser, Esquire<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>***Counsel for Plaintiffs*** | Blane H. Crutchfield, Esquire<br>Douglas L. McCoy, Esquire<br>HAND ARENDALL LLC<br>Post Office Box 123<br>Mobile, AL 36601<br>***Counsel for Transocean Deepwater, Inc.***<br>***Transocean Deepwater Offshore Drilling, Inc.*** |
| John M. Johnson, Esquire<br>Adam K. Peck, Esquire<br>William H. Brooks, Esquire<br>Marchello D. Gray, Esquire<br>LIGHTFOOT, FRANKLIN & WHITE, LLC<br>400 North 20th Street<br>Birmingham, AL 35203<br>***Counsel for BP America, Inc.,***<br>***BP Products North America, Inc.,***<br>***BP Company North America, Inc. and***<br>***BP Corporation North America, Inc.*** | Sid J. Trant, Esquire<br>Joel M. Kuehnert, Esquire<br>R. Thomas Warburton, Esquire<br>BRADLEY ARANT BOULT CUMMINGS<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2104<br>***Counsel for Anadarko Petroleum Corp. and***<br>***and Moex Offshore 2007, LLC*** |
| Richard C. Godfrey, Esquire<br>John T. Hickey, Jr., Esquire<br>James Andrew Langan, Esquire<br>KIRKLAND & ELLIS, LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>***Counsel for BP America, Inc.,***<br>***BP Products North America, Inc.,***<br>***BP Company North America, Inc. and***<br>***BP Corporation North America, Inc.*** | James J. Dragna, Esquire<br>BINGHAM MCCUTCHEN<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br>***Counsel for Anadarko Petroleum Corp. and***<br>***and Moex Offshore 2007, LLC*** |
| A. Danner Frazer, Jr., Esquire<br>Ross A. Frazer, Esquire<br>Robert J. Mullican, Esquire<br>FRAZER GREENE UPCHURCH & BAKER<br>Post Office Box 1686<br>Mobile, AL 36633<br>***Counsel for Cameron International Corp.*** | Ky E. Kirby, Esquire<br>Michael B. Wigmore, Esquire<br>Warren Anthony Fitch, Esquire<br>BINGHAM MCCUTCHEN<br>2020 K Street, NW<br>Washington, DC 20006-1806<br>***Counsel for Anadarko Petroleum Corp. and***<br>***and Moex Offshore 2007, LLC*** |

257551                                     5

| | |
|---|---|
| David J. Beck, Esquire | Thomas M. Galloway, Jr., Esquire |
| BECK, REDDEN & SECRET, LLP | GALLOWAY, WETTERMARK, EVEREST, |
| One Houston Center | RUTENS & GAILLARD, LLP |
| 1221 McKinney Street, Suite 4500 | 3263 Cottage Hill Road |
| Houston, TX 77010 | Mobile, AL 36606 |
| ***Counsel for Cameron International Corp.*** | ***Counsel for M-I, LLC*** |

                                      **s/ Joseph P. H. Babington**
                                      Of counsel